**In re Gerald P. CANTINI, Esq.**

[701 A.2d 326]

No. 97-313

September 5, 1997. The resignation of Attorney Gerald P. Cantini from the Bar of the Vermont Supreme Court is accepted subject to the terms and conditions of A.O. 9, Rule 16. It is hereby ordered that Gerald P. Cantini is disbarred from the office of attorney and counsellor at law.

Gerald P. Cantini is reminded that he must comply with A.O. 9, Rule 21.